UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARREN CLAYTON individually and as next best friend of Kinser Clayton, *et al.* | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | 1:15-cv-01564-SEB-DML ) ) |
| MORGAN COUNTY 911, *et al.* | ) ) ) |
| Defendants. | ) ) ) |
| INDIANA STATEWIDE 911 BOARD, | ) ) ) |
| Interested Party. | ) |

# Order Approving and Adopting Report and Recommendation
## on Plaintiffs' Motion to Remand

On November 19, 2015, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 21) on the plaintiffs' motion to remand. The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 21) and being duly advised, now APPROVES and ADOPTS it. The plaintiffs' motion for remand (Dkt. 21) is therefore GRANTED as provided in the Report and Recommendation and this Order. The motion to remand filed by

Indiana Statewide 911 Board (Dkt. 7) is DENIED AS MOOT.  This case is REMANDED to the Morgan County Circuit Court.

    IT IS SO ORDERED.

Date: _12/4/2015_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution: Electronically Registered Counsel